■ In the Matter of MOSES SMITH, an Attorney.— Motion granted and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Stevens, P. J., Markewich, Murphy, Lane and Tilzer, JJ.